UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADAM A. VASQUEZ,

    Plaintiff,

vs.

B. CURRY, et al.,

    Defendant.

CV 08 0268

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, \_\_\_\_**Adam Vasquez**\_\_\_\_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes \_\_\_\_ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____**NONE**_____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                Yes ____ No **xx**
10           self employment
11      b.   Income from stocks, bonds,             Yes ____ No **xx**
12           or royalties?
13      c.   Rent payments?                         Yes ____ No **xx**
14      d.   Pensions, annuities, or                Yes ____ No **xx**
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ____ No **xx**
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.     Are you married?                          Yes ____ No **xx**
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____NONE_____
6  _____

7  5. Do you own or are you buying a home?   Yes ____ No **xx**
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ____ No **xx**
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No **xx** (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No **xx** Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No **xx**
20 _____

21 8. What are your monthly expenses?
22 Rent: $ 0.00                    Utilities:    $ 0.00
23 Food: $ 0.00                    Clothing:   $ 0.00
24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____              $ 0.00                   $ 0.00
27 _____              $ 0.00                   $ 0.00
28 _____              $ _____             $ _____    9. Do

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3                               NONE
4
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No XX
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9
10
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  Jan. 1, 2008                         Adam Vasquez *(signature)*
17     DATE                                 SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

VASQUEZ  H10787 
[prisoner name]

for the last six months at

CORRECTIONAL TRAINING FACILITY
[name of institution]

where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $35.83 and the average balance in the prisoner's account each month for the most recent 6-month period was $59.95.

Dated: 1-11-08

Brenda Nation, Acct Technician
Authorized officer of the institution

1-11-08
Brenda Nation
Account Technician

4

```
REPORT ID: TS3030  .701                           REPORT DATE: 01/10/08
                                                  PAGE NO:       1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CTF SOLEDAD/TRUST ACCOUNTING
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 11, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : H10787              BED/CELL NUMBER: CFFWT2000000224L
ACCOUNT NAME   : VASQUEZ, ADAM ANTHONY      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   -------   ---------  --------   -----------   -------

08/11/2007   BEGINNING BALANCE                                             80.00

08/14 W389 DONATION - YO 0543 PIZZA                            9.25        70.75
08/21 FC01 DRAW-FAC 1    0595 ML                              70.75         0.00
09/07 D340 EFT DEPOSIT   0804 88181      100.00                           100.00
09/07 D554 INMATE PAYROL 0784 P8          20.00                           120.00
09/24 FC01 DRAW-FAC 1    1025 ML                             120.00         0.00
10/03 D340 EFT DEPOSIT   1088 94021       50.00                            50.00
10/06 D554 INMATE PAYROL 1113 P15         20.00                            70.00
10/23 FC01 DRAW-FAC 1    1301 ML                              70.00         0.00
10/30 D300 CASH DEPOSIT  1387 5556        60.00                            60.00
11/02 D300 CASH DEPOSIT  1416 5587        50.00                           110.00
11/05 D554 INMATE PAYROL 1421 P13         20.00                           130.00
11/19 FC01 DRAW-FAC 1    1605 ML                             130.00         0.00
12/05 D554 INMATE PAYROL 1741 P16         20.00                            20.00
   ACTIVITY FOR 2008
01/02 W476 DONATION-PROT 2029 TITHE                            3.00        17.00
01/03*D554 INMATE PAYROL 2035 P8          20.00                            37.00
01/03 D300 CASH DEPOSIT  2061 68878      100.00                           137.00
01/04 W415 CASH WITHDRAW 2065 DEC07 203437296                 14.00       123.00
01/08 D300 CASH DEPOSIT  2111 67333       50.00                           173.00

                          TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
 ---------   --------   -----------   -------     -------    ------------
    80.00     510.00      417.00      173.00        0.00         0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                              173.00
```

1-11-08
Brenda Nation
Account Technician