1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9    ADAM ANTHONY VASQUEZ,                    No. C 08-268 SI (pr)

10                  Petitioner,               **ORDER DENYING HABEAS
                                              PETITION**
11          v.

12   B. CURRY, warden,

13                  Respondent.
                                         /
14

15          Petitioner filed a <u>pro se</u> petition for writ of habeas corpus directed to a denial of parole

16   by the Board of Parole Hearings.  The court dismissed the petition with leave to amend.

17   Petitioner amended, and upon review of the amended petition, the court dismissed all claims

18   except his contention that the evidence was insufficient to support the parole denial.  A new

19   decision from the U.S. Supreme Court requires that the petition be summarily denied.

20          A "federal court may issue a writ of habeas corpus to a state prisoner 'only on the ground

21   that he is in custody in violation of the Constitution or laws or treaties of the United States.'"

22   <u>Swarthout v. Cooke</u>, No. 10-333, slip op. 1, 4 (U.S. Jan. 24, 2011) (citations omitted.)   The

23   court may not grant habeas relief for state law errors.  <u>Id.</u>

24          For purposes of federal habeas review, a California prisoner is entitled to only "minimal"

25   procedural protections in connection with a parole suitability determination.  The procedural

26   protections to which the prisoner is entitled under the Due Process Clause of the Fourteenth

27   Amendment to the U.S. Constitution are limited to an opportunity to be heard and a statement

28   of the reasons why parole was denied.  <u>See id.</u> at 4-5.  The Court explained that no Supreme

**United States District Court**
For the Northern District of California

Court case "supports converting California's 'some evidence' rule into a substantive federal requirement," id. at 5, and the Ninth Circuit erred in holding otherwise.

In light of the Supreme Court's determination that the constitutionally-mandated procedural protections do not include a requirement that there be some evidence (or any other amount of evidence) to support the parole denial, the petition for writ of habeas corpus is DENIED.

A certificate of appealability will not issue because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: January 28, 2011

_____
SUSAN ILLSTON
United States District Judge

2