UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ANTHONY VASQUEZ, | No. C 08-0268 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. CURRY, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 28, 2011

_____
SUSAN ILLSTON
United States District Judge